IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID ROMIG,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-1949
LT Case No. 2018-CF-000611-A

Decision filed April 4, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

David Romig, Madison, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, EDWARDS and EISNAUGLE, JJ., concur.